**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF APRIL 19, 2016**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
-------------------------------------------------------------

| | |
|---|---|
| WD78173 | Douglas R. Jerome vs. Donna D. Jerome |
| WD78455 | Anil J. Patel vs. Jefferson Bank of Missouri; Ami A. Patel |
| WD78611 | Swan Lake Wildlife Association, Inc. vs. Wayne Foster Farms, Inc. |
| WD78863 | Lori F. Atkins and David F. Atkins vs. Summit Bank, N.A. |


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
-------------------------------------------------------------
**None**